IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sondra Foster,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>The Prudential Insurance Company of America,<br><br>　　　　　Defendant. | No. CV-15-00521-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss (Doc. 29). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 29) is **granted**;

2. That this action is **dismissed in its entirety with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 9th day of September, 2015.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge